1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DUKE CANNON,

11              Plaintiff,              No. CIV S-07-0933 MCE GGH P

12        vs.

13   MARTY ASTON, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16              Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

17   U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C.

18   § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.

19   § 636(b)(1).

20              Plaintiff has submitted a declaration that makes the showing required by 28

21   U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

22              Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28

23   U.S.C. § 1914(a), 1915(b)(1).  Plaintiff has been without funds for six months and is currently

24   without funds.  Accordingly, the court will not assess an initial partial filing fee.  28 U.S.C.

25   § 1915(b)(1).  Plaintiff is obligated to make monthly payments of twenty percent of the preceding

26   month's income credited to plaintiff's prison trust account.  These payments shall be collected

1

1   and forwarded by the appropriate agency to the Clerk of the Court each time the amount in

2   plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C.

3   § 1915(b)(2).

4           The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983

5   and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a

6   reasonable opportunity to prevail on the merits of this action.

7           In accordance with the above, IT IS HEREBY ORDERED that:

8           1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

9           2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.

10   The fee shall be collected and paid in accordance with this court's order to the Director of the

11   California Department of Corrections and Rehabilitation filed concurrently herewith.

12           3.  Service is appropriate for the following defendants: Marty Aston, facility

13   captain; and D. Granlees, correctional lieutenant.

14           4.  The Clerk of the Court shall send plaintiff two (2) USM-285 forms, one

15   summons, an instruction sheet and a copy of the complaint filed May 17, 2007.

16           5.  Within thirty days from the date of this order, plaintiff shall complete the

17   attached Notice of Submission of Documents and submit the following documents to the court:

18           a.  The completed Notice of Submission of Documents;

19           b.  One completed summons;

20           c.  One completed USM-285 form for each defendant listed in number 3

21           above; and

22           d.  Three (3) copies of the endorsed complaint filed May 17, 2007.

23   \\\\\

24   \\\\\

25   \\\\\

26   \\\\\

1        6.  Plaintiff need not attempt service on defendants and need not request waiver of

2  service.  Upon receipt of the above-described documents, the court will direct the United States

3  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

4  without payment of costs.

5  DATED:  10/15/07

                              /s/ Gregory G. Hollows

6

                              UNITED STATES MAGISTRATE JUDGE

7

8  GGH:009
  cann0933.1a

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DUKE CANNON,

11              Plaintiff,              No. CIV S-07-0933 MCE GGH P

12        vs.

13   MARTY ASTON, et al.,              NOTICE OF SUBMISSION

14              Defendants.            OF DOCUMENTS

15   _____/

16              Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18              ___1___      completed summons form

19              ___2___      completed USM-285 forms

20              ___3___      copies of the _May 17, 2007_____
                                              Complaint
21
     DATED:
22

23

24                                       _____
                                              Plaintiff
25

26