IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **Duke Cannon,** | 2:07-CV-0933 MCE GGH PC |
| Plaintiff, | **ORDER** |
| v. | |
| **Marty Aston, et al.,** | |
| Defendant. | |

Good cause appearing, Defendants are granted forty-five days, to and including March 20, 2008, in which to file a responsive pleading.

**IT IS SO ORDERED.**

Dated: 01/25/08         /s/ Gregory G. Hollows
                                    U.S. Magistrate Judge

cann0933.po

*[Proposed] Order*

1